UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Plaintiff,<br><br>v.<br><br>KURT BENSHOOF,<br><br>Defendant. | CASE NO. 2:23-cv-01829-JHC<br><br>ORDER |

This matter comes before the Court on Defendant/Counterclaim-Plaintiff Kurt Benshoof's Unopposed Motion for an Order Directing Service by U.S. Marshals and Waiving Fees and Costs. Dkt. # 20. Plaintiff requests service of process by United States marshals on Blair Russ and Jessica Owens. *Id.* at 2. Plaintiff also requests waiver of the United States marshal fee for service of process. *Id.* at 5. But Plaintiff has not moved to proceed *in forma pauperis* ("IFP") in this case.

When a court has authorized a plaintiff to proceed IFP, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides that "[a]t the plaintiff's request the court may order that service be made by a

ORDER - 1

United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis."

Before requesting service of process from the United States marshals, Plaintiff should move to proceed IFP in this case, assuming he believes he should be allowed to so proceed. His motion for IFP in another case before the Western District of Washington does not automatically grant IFP for all cases in federal district court.

Because Plaintiff has not been authorized to proceed IFP in this case, his motion is DENIED.

Dated this 8th day of January, 2024.

John H. Chun
United States District Judge

ORDER - 2