UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Plaintiff,<br><br>v.<br><br>KURT BENSHOOF ,<br><br>Defendant. | CASE NO. 2:23-cv-1829<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court DENIES as moot Nathan Cliber's Motion to Dismiss All Claims Against Him Pursuant to FRCP 12(b)(6). Dkt. No. 27. Cliber filed his first Motion to Dismiss on January 16, 2024. Dkt. No. 27. Benshoof amended his counterclaim on January 23, 2024. Dkt. No. 32. Cliber filed another Motion to Dismiss on February 6, 2024. Dkt. No. 36. Because an amended counterclaim and a motion to dismiss the amended counterclaim have been filed, the Court finds Cliber's first motion to dismiss is moot and denies it on that basis.

MINUTE ORDER - 1

The Court GRANTS Benshoof's Motion for Extension of Time. Dkt. No. 45. Benshoof has responded to the Motions. *See* Dkt. Nos. 46, 47, 48. The Court will accept the pleadings (Dkt. Nos. 46, 47, and 48) despite being filed two days after the noting date.

Dated this 30th day of May 2024.

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2