UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: KURT BENSHOOF. | No. 24-3765 |
| _____ | D.C. Nos. |
| KURT BENSHOOF, | 2:23-cv-01829-JNW |
| Petitioner, | 2:24-cv-00382-JNW |
| | 2:24-cv-00808-TLF |
| v. | Western District of Washington, Seattle |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, | ORDER |
| Respondent, | |
| SEATTLE SCHOOL DISTRICT NO. 1; et al., | |
| Real Parties in Interest. | |

Before: BADE, LEE, and FORREST, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus is denied.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 4) is

denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**