Hon. J.N. Whitehead

U.S. District Court
for the Western District of Washington

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1, Plaintiff,<br>v.<br>KURT BENSHOOF, Defendant<br>and<br>KURT BENSHOOF, Counterclaim Plaintiff<br>and A.R.W. By And Through His Father KURT BENSHOOF, Counterclaim Plaintiff,<br>v.<br>SEATTLE SCHOOL DISTRICT NO. 1, NATHAN CLIBER, BLAIR RUSS, KING COUNTY, JESSICA OWEN, SARAH MACK, GREGORY NARVER, Counterclaim Defendants. | No. 2:23-CV-1829-JNW<br><br>COUNTERCLAIM PLAINTIFFS' NOTICE OF APPEAL. |

FILED LODGED RECEIVED MAIL
AUG 21 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

KURT BENSHOOF, on behalf of himself and as next friend under FRCP 17 to his fifteen year old son, A.R.W., give notice of their appeal to the U.S. Court of Appeals for the Ninth Circuit.

Counterclaim Plaintiff Kurt Benshoof ("Benshoof") has been held incommunicado by King County officials since July 3, 2024, unable to obtain a piece of paper, an envelope, postage, or to access a printer or computer. Today, August 16, 2024, is the first day Benshoof has been able to write and mail a document to any court, including U.S. District Court.

Benshoof is indigent and cannot pay the Ninth Circuit appellate filing fee in this case.

Benshoof's computers, phones and his computer files, records and evidence were unlawfully seized in a SWAT raid of Benshoof's home church on July 3, 2024. The raid involved approximately fifteen (15) SWAT in full riot gear, a helicopter over Benshoof's home church, a robot sent into Benshoof's home church, flash bang grenades, and the windows of Benshoof's home church were shot out as SWAT fired chemical weapons grenades into Benshoof's home church over several hours.

The habeas corpus petitions filed by Benshoof's congregation members and friends were assigned to Judge

Jamal Whitehead across two separate cases, beginning on or around July 16, 2024, in case nos. 2:24-mc-0043-JNW and 2:24-cv-01110-JNW-SKV. To date, Judge Whitehead has refused to issue a writ of habeas corpus, despite the federal law requirement that a writ be issued within THREE (3) DAYS.

"If letters and private documents can thus be seized and held and used against a citizen accused of an offense, the protection of the Fourth Amendment declaring his right to be secure against such searches and seizures is of no value, and, so far as those thus placed are concerned, might as well be stricken from the Constitution." Mapp v. Ohio, 367 U.S. 643, at 648 (1961) quoting Weeks v. United States, 232 U.S. 383 at 393 (1914).

Yet again, an ordinary person exercising objective reasonableness, would conclude that Judge Whitehead is conspiring with King County officials, City of Seattle officials, and private attorneys and perjuring prostitutes, to deny Benshoof's rights.

"Detention incommunicado for days on

end is so fraught with evil that we should hold it to be inconsistent with the requirements of that free society which is reflected in the Bill of Rights, It is the means whereby the commands of the Fifth Amendment...are circumvented." Reck v. Pate, 367 U.S. 433, at 448 (1961). "Detention incommunicado was the secret of the Inquisition and is the secret of successful interrogation in communist countries." Reck v. Pate, at 446.

Because Benshoof has no computer or printer access, Benshoof cannot download any court forms or print them.

For now, the interests of justice require the Court to accept this Notice of Appeal as sufficient to preserve the right of Counterclaim Plaintiffs to appeal and orders of dismissal and denial issued by Judge Whitehead in the instant case, until such time as Benshoof's rights are not being violated and Benshoof is afforded adequate access to computers, printers, and other materials needed to file and compose documents in federal court.

Benshoof states the foregoing under

penalty of perjury this 16th day of August 2024 in Kent Washington. Benshoof has been denied an ~~pen~~ ink pen since his unlawful arrest on July 3, 2024 and must sign in pencil.

Kurt Benshoof

Kurt Benshoof


SEATTLE WA 980
19 AUG 2024PM 7
US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
08/19/2024 ZIP 98032
043M31239977
Name
BA#
King County Correctional Facility
500 5th Avenue
Seattle, WA 98104-2332
CLERK, U.S. District Court
700 Stewart Street
Suite 2310
Seattle, WA 98101
MAIL
FILED
LODGED
RECEIVED
AUG 21 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
FOR LEGAL MAIL ONLY
98101-444285