Honorable Jamal Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>KURT BENSHOOF,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>A.R.W. By and Through His Father,<br>KURT BENSHOOF,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>KING COUNTY,<br>NATHAN L. CLIBER,<br>MAGALIE E. LERMAN<br>SARAH E. SPIERLING MACK,<br>GREGORY C. NARVER,<br>JESSICA R. OWEN,<br>BLAIR M. RUSS,<br><br>    Counterclaim Defendants. | No. 2:23-cv-01829-JNW<br><br>[PROPOSED] ORDER GRANTING COUNTERCLAIM PLAINTIFFS' MOTION TO VACATE THE ORDER DISMISSING BENSHOOF'S COUNTERCLAIMS<br><br>NOTED ON MOTION CALENDAR:<br>February 6, 2025 |

[PROPOSED] ORDER GRANTING MOTION
TO SET ASIDE ORDER OF DISMISSAL (Dkt. #66)
Page 1 of 2

Kurt Benshoof, CC Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

THIS MATTER, having come before the Court on Counterclaim Plaintiffs' Motion to Vacate, and the Court having considered the records and files herein, including:

1. Counterclaim Plaintiffs' Motion to Vacate, and attached Exhibits;

2. _____; and

3. _____.

Being otherwise fully advised on the matter, the **COURT HEREBY ORDERS:**

    1.   Counterclaim Plaintiffs' Motion to Vacate is **GRANTED;**

    2.   The Order Dismissing Benshoof's Counterclaims is set aside;

    3.   _____; and

    4.   _____.

DATED this _____ day of _____2025.

                                                                _____
                                                                The Honorable Jamal N. Whitehead

Dated this 15th day of January 2025

*Presented By:*

__/s Kurt Benshoof____
Kurt Benshoof, Plaintiff *Pro Se*

[PROPOSED] ORDER GRANTING MOTION
TO SET ASIDE ORDER OF DISMISSAL (Dkt. #66)
  Page 2 of 2

Kurt Benshoof, CC Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com