Honorable Jamal Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>KURT BENSHOOF,<br><br>Defendant/Counterclaim Plaintiff,<br><br>A.R.W. By and Through His Father, KURT BENSHOOF,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>KING COUNTY,<br>NATHAN L. CLIBER,<br>MAGALIE E. LERMAN<br>SARAH E. SPIERLING MACK,<br>GREGORY C. NARVER,<br>JESSICA R. OWEN,<br>BLAIR M. RUSS,<br><br>Counterclaim Defendants. | No. 2:23-cv-01829-JNW<br><br>[PROPOSED] ORDER GRANTING COUNTERCLAIM PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW<br><br>NOTED ON MOTION CALENDAR:<br>February 6, 2025 |

[PROPOSED] ORDER GRANTING
MOTION FOR *IN CAMERA* REVIEW
Page 1 of 2

Kurt Benshoof, CC Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

THIS MATTER, having come before the Court on Counterclaim Plaintiffs' Motion for *In Camera* Review, and the Court having considered the records and files herein, including:

1. Counterclaim Plaintiffs' Motion for *In Camera* Review;

2. _____; and

3. _____.

Being otherwise fully advised on the matter, the **COURT HEREBY ORDERS:**

1. Counterclaim Plaintiffs' Motion for *In Camera* Review is **GRANTED;**

2. _____; and

3. _____.

DATED this _____ day of _____2025.

_____
The Honorable Jamal N. Whitehead

Dated this 15th day of January 2025

*Presented By:*

\_\_/s Kurt Benshoof\_\_\_\_\_
Kurt Benshoof, Plaintiff *Pro Se*

[PROPOSED] ORDER GRANTING
MOTION FOR *IN CAMERA* REVIEW
Page 2 of 2

Kurt Benshoof, CC Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com