UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>　　　　　Plaintiff / Counterclaim Defendant,<br><br>　v.<br><br>KURT BENSHOOF,<br><br>　　　　　Defendant / Counterclaim Plaintiff,<br>_____<br>A.R.W. By and Through His Father, KURT BENSHOOF,<br><br>　　　　　Counterclaim Plaintiff,<br>　v.<br><br>NATHAN L. CLIBER,<br>SARAH E. SPIERLING MACK,<br>GREGORY C. NARVER,<br>JESSICA R. OWEN,<br>BLAIR M. RUSS,<br><br>　　　　　Counterclaim Defendants. | NO.  2:23-cv-01829-JNW<br><br>COUNTERCLAIM DEFENDANT NATHAN CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' MOTIONS TO VACATE AND FOR *IN CAMERA* REVIEW<br><br>NOTE ON MOTION CALENDAR:<br><br>February 6, 2025 |

COUNTERCLAIM DEFENDANT CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFF KURT BENSHOOF'S MOTIONS - 1
2:23-cv-01829-JNW

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1  Comes now Counterclaim Defendant Nathan Cliber ("Counterclaim Defendant Cliber")
2  and files this Joinder of Counterclaim Defendants Mack and Naver's Combined Response to
3  Defendant Plaintiff Kurt Benshoof's Motion to Vacate and Motion for *In Camera* Review (the
4  "Response"), Dkt. 77, and states in support thereof as follows:

5  Counterclaim Defendant Cliber joins in Counterclaim Defendants Mack and Narver's
6  Response and incorporates the same as if fully stated herein. For the reasons stated in
7  Defendants Mack and Narver's Response, both the general arguments that apply to all of the
8  counterclaim defendants in this action and the arguments specific to Counterclaim Defendant
9  Mack, Counterclaim Defendant Cliber respectfully requests that this Court deny
10 Defendant/Counterclaim Plaintiff Benshoof's Motions to Vacate (Dkt. 75) and for *In Camera*
11 Review (Dkt. 76).

12 The undersigned certifies that this memorandum contains 123 words, in compliance with
13 the Local Civil Rules.

Dated: January 30, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sarah N. Turner*
Sarah N. Turner, WSBA No. 37748

By: */s/ Michael C. Tracy*
Michael C. Tracy, WSBA No. 51226
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822
Email: sturner@grsm.com
Email: mtracy@grsm.com

*Attorneys for Defendant Nathan Cliber*

COUNTERCLAIM DEFENDANT CLIBER'S
JOINDER OF COUNTERCLAIM
DEFENDANTS MACK AND NARVER'S
RESPONSE TO COUNTERCLAIM PLAINTIFF
KURT BENSHOOF'S MOTIONS - 2
2:23-cv-01829-JNW

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was filed with the above-entitled Court through the United States District Court CM / ECF System and served as indicated:

Plaintiff / Counterclaim Defendant
Seattle School District No. 1\

Sarah Spierling Mack
Pacifica Law Group LLP
1191 Second Avenue
Suite 2000
Seattle, WA 98101
206-245-1700
Email: sarah.mack@pacificlawgroup.com

☒ U.S. Mail Postage Prepaid
☐ Hand Delivery
☒ Email: sarah.mack@pacificlawgroup.com

Defendant / Counterclaim Plaintiff

Kurt Benshoof
1716 N 128th St
Seattle, WA 98133
Email: kurtbenshoof@gmail.com

☒ U.S. Mail Postage Prepaid
☐ Hand Delivery
☒ Email: kurtbenshoof@gmail.com

Date: January 30, 2025

*Jacqueline Burrell*
Jacqueline Burrell, Legal Assistant

COUNTERCLAIM DEFENDANT CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFF KURT BENSHOOF'S MOTIONS - 3
2:23-cv-01829-JNW

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822