Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE SCHOOL DISTRICT NO. 1,

    Plaintiff/Counterclaim Defendant,

    v.

KURT BENSHOOF,

    Defendant/Counterclaim Plaintiff,

A.R.W. By and Through His Father,
KURT BENSHOOF,

    Counterclaim Plaintiff,

    v.

KING COUNTY,
NATHAN L. CLIBER,
MAGALIE E. LERMAN,
SARAH E. SPIERLING MACK,
GREGORY C. NARVER,
JESSICA R. OWEN,
BLAIR M. RUSS,

    Counterclaim Defendants.

Case No. 2:23-cv-01829-JNW

COUNTERCLAIM PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO ENTERTAIN COUNTERCLAIM PLAINTIFFS' MOTION TO VACATE

NOTE ON MOTION CALENDAR:
February 27, 2025

[PROPOSED] ORDER GRANTING CC PLNTF.
MOTION TO ENTERTAIN MOTION TO VACATE
WAWD No. 2:23-cv-1829-JNW

Page 1 of 2

Kurt Benshoof, CC Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

1
2    THIS MATTER, having come before the Court on Counterclaim Plaintiff's ("CCP")
3 Motion to Entertain Counterclaim Plaintiffs' Motion to Vacate, and the Court having considered
4 the records and files herein, including:

5  1. CCP Motion to Entertain CCP Motion to Vacate and Appendix A;

6  2. CCP Motion to Vacate (Dkt, #75);

7  3. CCP Exhibits (Dkt. #75-1 to #75-5;

8  4. _____; and

9  5. _____.

10
11    Being otherwise fully advised on the matter, the **COURT HEREBY ORDERS:**

12  1. Counterclaim Plaintiff's Motion to Entertain CCP Motion to Vacate, is **GRANTED;**

13  2. _____; and

14  3. _____.

15

16    DATED this _____ day of _____ 2025.

17
18
19                                             _____
                                The Hon. _____
20

21 Dated this 6th day of February 2025

22 *Presented By:*

23
   __/s Kurt Benshoof____
24 Kurt Benshoof, Plaintiff *Pro Se*
   22701 42nd Place West
25 Mountlake Terrace, WA 98043

26