HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>KURT BENSHOOF,<br><br>　　　　Defendant/Counterclaim Plaintiff,<br><br>A.R.W. by and through his father,<br>KURT BENSHOOF,<br><br>　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>NATHAN L. CLIBER, SARAH E. SPIERLING MACK, GREGORY C. NARVER, JESSICA R. OWEN, BLAIR M. RUSS,<br><br>　　　　Counterclaim Defendants. | No. 2:23-cv-01829-JNW<br><br>ORDER DENYING COUNTERCLAIM PLAINTIFFS' MOTION FOR DISTRICT COURT TO ENTERTAIN THEIR MOTION TO VACATE<br><br>[PROPOSED] |

　　　This matter came before the Court on Defendant/Counterclaim Plaintiff Kurt Benshoof's Motion for District Court to Entertain Their Motion to Vacate, Dkt. #79 ("Motion"). The Court has reviewed the following:

[PROPOSED] ORDER DENYING
KURT BENSHOOF'S MOTION FOR DISTRICT COURT TO
ENTERTAIN MOTION TO VACATE- 1
No. 2:23-cv-01829-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1. Counterclaim Plaintiffs' Motion to Vacate Fed.R.Civ.P. 60(b)(2)(3), Dkt. #75;

2. Dismissed Counterclaims Defendants Sarah E. Spierling Mack and Gregory C. Narver's Combined Response to Defendant Kurt Benshoof's Motion to Vacate and Motion for in Camera Review, Dkt. #77;

3. Counterclaim Plaintiffs' Motion for District Court to Entertain Their Motion to Vacate, Dkt. #79;

4. Dismissed Counterclaim Defendants Sarah E. Spierling Mack' and Gregory C. Narver's Response to Counterclaim Plaintiffs' Motion for District Court to Entertain Their Motion to Vacate;

5. Defendant/Counterclaim Plaintiff Kurt Benshoof's Reply, if any;

6. And the records and pleadings already on file in this matter.

Based on the foregoing, the Court orders that Counterclaim Plaintiffs' Motion for District Court to Entertain Their Motion to Vacate is DENIED.

DATED this _____ day of _____, 2025.

_____
Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

*s/ Jessica A. Skelton*
Jessica A. Skelton, WSBA #36748
*Attorneys for Counterclaim Defendants*
*Sarah E. Spierling Mack and Gregory C. Narver*

[PROPOSED] ORDER DENYING
KURT BENSHOOF'S MOTION FOR DISTRICT COURT TO
ENTERTAIN MOTION TO VACATE- 2
No. 2:23-cv-01829-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750