HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>        Plaintiff / Counterclaim Defendant,<br><br>  v.<br><br>KURT BENSHOOF,<br><br>        Defendant / Counterclaim Plaintiff,<br><hr>A.R.W. By and Through His Father, KURT BENSHOOF,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>NATHAN L. CLIBER,<br>SARAH E. SPIERLING MACK,<br>GREGORY C. NARVER,<br>JESSICA R. OWEN,<br>BLAIR M. RUSS,<br><br>        Counterclaim Defendants. | NO. 2:23-cv-01829-JNW<br><br>**COUNTERCLAIM DEFENDANT NATHAN CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' MOTION FOR DISTRICT COURT TO ENTERTAIN THEIR MOTION TO VACATE**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 27, 2025 |

COUNTERCLAIM DEFENDANT CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' MOTION FOR DISTRICT COURT TO ENTERTAIN MOTION
Case No.: 2:23-cv-01829-JNW Page - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1  Comes now Counterclaim Defendant Nathan Cliber ("Counterclaim Defendant Cliber")
2  and files this Joinder of Counterclaim Defendants Mack and Naver's Response to Counterclaim
3  Plaintiffs' Motion for District Court to Entertain Their Motion to Vacate (the "Response"), Dkt.
4  80, and states in support thereof as follows:

5  Counterclaim Defendant Cliber joins in Counterclaim Defendants Mack and Narver's
6  Response and incorporates the same as if fully stated herein. For the reasons stated in
7  Defendants Mack and Narver's Response, Counterclaim Defendant Cliber respectfully requests
8  that this Court deny Counterclaim Plaintiffs' Motion for District Court to Entertain Their Motion
9  to Vacate (Dkt. 79).

10  The undersigned certifies that this memorandum contains 97 words, in compliance with
11  the Local Civil Rules.

Dated: February 20, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sarah N. Turner*
Sarah N. Turner, WSBA No. 37748

By: */s/ Michael C. Tracy*
Michael C. Tracy, WSBA No. 51226
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822
Email: sturner@grsm.com
Email: mtracy@grsm.com

*Attorneys for Defendant Nathan Cliber*

COUNTERCLAIM DEFENDANT CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' MOTION FOR DISTRICT COURT TO ENTERTAIN MOTION
Case No.: 2:23-cv-01829-JNW Page - 2

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was filed with the above-entitled Court through the United States District Court CM / ECF System and served as indicated:

Plaintiff / Counterclaim Defendant
Seattle School District No. 1\

Sarah Spierling Mack
Pacifica Law Group LLP
1191 Second Avenue
Suite 2000
Seattle, WA 98101
206-245-1700
Email: sarah.mack@pacificlawgroup.com

☒ U.S. Mail Postage Prepaid
☐ Hand Delivery
☒ Email: sarah.mack@pacificlawgroup.com

Defendant / Counterclaim Plaintiff

Kurt Benshoof
1716 N 128th St
Seattle, WA 98133
Email: kurtbenshoof@gmail.com

☒ U.S. Mail Postage Prepaid
☐ Hand Delivery
☒ Email: kurtbenshoof@gmail.com

Date: February 20, 2025

*Jacqueline Burrell*
Jacqueline Burrell, Legal Assistant

COUNTERCLAIM DEFENDANT CLIBER'S JOINDER OF COUNTERCLAIM DEFENDANTS MACK AND NARVER'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' MOTION FOR DISTRICT COURT TO ENTERTAIN MOTION
Case No.: 2:23-cv-01829-JNW Page - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822